THE PEOPLE, ex rel. MARY S. PRENDERGAST, Appellant, v. ANNA H. FARGO, Respondent.

(Argued April 21, 1885 ; decided May 5, 1885.)

*O. O. Cottle* for appellant.

*Sherman S. Rogers* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

ANNE SMITH, Respondent, v. PHILIP SMITH, Appellant.

(Argued April 28, 1885 ; decided May 5, 1885. )

*Wm. H. Newman* for appellant.

*Scott Lord, Jr.*, for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

THE PEOPLE, ex rel. THOMAS BYRNES, Appellant, v. STEPHEN B. FRENCH et al., Commissioners, etc., Respondents.

(Argued April 28, 1885 ; decided May 5, 1885.)

*Vedder Van Dyck* for appellants.

*D. J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.